**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| PANDU LISTIAWAN,<br>*Petitioner*<br><br>v.<br><br>MIGUEL VERGARA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, SAN ANTONIO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF HOMELAND SECURITY, TODD BLANCHE, UNITED STATES ATTORNEY GENERAL; AND WARDEN OF SOUTH TEXAS ICE PROCESSING CENTER,<br>*Respondents* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. SA-26-CV-04629-XR |

**ORDER**

On this date, the Court considered the Parties' Joint Stipulation of Dismissal Without Prejudice (ECF No. 4). Petitioner brought this habeas petition to challenge his detention. He has since been removed from the country. *See* ECF No. 4. As such, the Parties' Joint Motion is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE** as moot.

A final judgment will issue separately.

It is so **ORDERED**.

**SIGNED** this November 12, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE